AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CHARLES BAKER**
**DOB: x/x/xx**
**PDID: xxx-xxx**

(Name and Address of Defendant)

# CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about  __MAY 29, 2008__  in the District of  __COLUMBIA__  defendant(s) did,

(Track Statutory Language of Offense)

unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and unlawfully and knowingly use and carry a firearm during and in relation to, and possess in furtherance of, a drug trafficking offense.

in violation of Title(s)  __21 and 18__ United States Code, Section(s)  __841(a)(1) and 924(c)(1).__

I further state that I am  __OFFICER REGINALD JONES__ , and that this complaint is based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes    ☐ No

_____
Signature of Complainant
**OFFICER REGINALD JONES**
**NARCOTICS SPECIAL INVESTIGATION**
**DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____          at     **Washington, D.C.**_____
**Date**                                                                                              **City and State**

_____
**Name & Title of Judicial Officer**                                         _____
                                                                                             **Signature of Judicial Officer**

## <u>STATEMENT OF FACTS</u>

On May 29, 2008, members of the Metropolitan Police Department Gun Recovery Unit executed a search warrant at 2920 Nelson Place, S.E., Apt. #4, Washington, D.C.  The defendant Charles Baker opened the door and the officers secured the premises.  A search of the premises revealed in the bedroom closet a digital scale, a loaded handgun , a bag containing unused ziplocks, a ziplock containing a green weed-like substance, and a jacket containing $6000 in United States currency.  Recovered from a jacket that was hanging on the wall next to the closet was a knotted piece of plastic with approximately 38.5 grams of cocaine powder and  $3370 of United States currency. On the wall on the other side of the closet was a jacket containing 24 ziplocks of a green weed-like substance.  Also, recovered from the bedroom were 2 digital scales, rubber gloves, razor blades, a plate with residue, mail matter and photos of the defendant.  Officers placed the defendant under arrest and recovered from his person was approximately $528 of United States currency.  A portion of the cocaine powder was field tested positive for cocaine and a portion of the green weed-like substance was field tested positive for marijuana.  The approximate weight of the suspected cocaine powder and marijuana indicates that the drugs were going to be sold to others rather than used exclusively by the defendant.


_____

OFFICER REGINALD JONES
MPD-NARCOTICS SPECIAL INVESTIGATION DIVISION


SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MAY, 2008.



_____

U.S. MAGISTRATE JUDGE