IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v.    : | Criminal No.: 08-179 (EGS) |
| : | |
| : | |
| CHARLES BAKER : | |

LINE ENTERING APPEARANCE

Please enter the appearance of Nikki Lotze, and the law firm of Roberts & Wood, for defendant Charles Baker.

Respectfully submitted,

_____/s/_____
Nikki Lotze, #447-881
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on this 14 day of July, 2008, via electronic case filing, upon Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530

_____/s/_____
Nikki Lotze