UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-179 (EGS) |
| | : | |
| v. | : | |
| | : | |
| CHARLES BAKER, | : | |
| | : | |

      Defendant.

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Frederic Gallun, DC Bar Number 462025, telephone number (202) 514-6997 and this is notice of his appearance in this matter on behalf of the United States.

      Respectfully submitted,

      JEFFREY TAYLOR
      United States Attorney


      _____/s/_____
      Eric Gallun
      ASSISTANT UNITED STATES ATTORNEY
      555 4th Street, N.W., 4th Floor
      Washington, DC 20530
      (202)353-8833
      Frederic.Gallun@usdoj.gov


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Nikki Lotze, Esquire, 6801 Kenilworth Avenue, Riverdale, MD 20737, this 23rd day of July, 2008.

      _____/s/_____
      Eric Gallun
      Assistant United States Attorney