IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | 08-cr-179 (EGS) |
| CHARLES BAKER | : | |

<u>DEFENDANT'S RENEWED MOTION for MODIFICATION OF BOND</u>

Charles Baker, through undersigned counsel, respectfully moves this Court to decrease Mr. Baker's supervision level from H.I.S.P., to personal recognizance with conditions. In support of this motion, counsel states the following:

1. Mr. Baker is before the Court charged with possession with intent to distribute cocaine; possession of a firearm during drug trafficking, and related gun offenses.

2. According to his case manager, Chris Wicecarver, Mr. Baker has complied perfectly with the stringent supervision requirements of H.I.S.P..

3. When the parties were in Court on July 30, 2008, counsel moved orally for a decrease in Mr. Baker's supervision, in part because Mr. Baker had secured employment, the hours of which would be in conflict with H.I.S.P.'s curfew requirement.

4. The Court invited counsel to renew the motion once pretrial services had verified Mr. Baker's employment.

4. Counsel spoke with Chris Wicecarver, who indicates that he has verified Mr. Baker's employment, and also has verified that the hours of Mr. Baker's employment will be in conflict with H.I.S.P.'s curfew.

CONCLUSION

Therefore, Mr. Baker respectfully asks that the Court decrease Mr. Baker's level of supervision from H.I.S.P. to personal recognizance with conditions.

Respectfully submitted,

_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing bond review motion has been sent by mail, on this \_\_\_\_6\_\_\_\_\_ day of August, 2007, to:

AUSA Eric Gallun
Office of the United States Attorney
USDC Trial Division
555 Fourth Street, NW
Washington, D.C. 20530

_____/s/_____
Nikki Lotze

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 08-cr-179 (EGS) |
| **CHARLES BAKER** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Bond Review Motion, it is this _____ day of _____ 2008, hereby

ORDERED that the motion is granted, and Mr. Baker is to be released on personal recognizance pending trial.

_____
JUDGE SULLIVAN

cc:   Nikki Lotze
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Eric Gallun
      Office of the United States Attorney
      555 4th Street NW
      Washington, D.C. 20530