UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.:  08-0179 (EGS) |
| | : | |
| **CHARLES BAKER** | : | |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS REQUEST FOR TRANSCRIPT REDACTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests pursuant to Fed. R. Crim. Proc. 45(b)(2), that the time within which the government may file its request for transcript redaction be extended 30 days to and include September 17, 2008.  As grounds for this request, the government asserts as follows:

1.   Currently, the government's Request for Transcript Redaction is due on August 19, 2008.

2.   The Government does not believe it will be able to make the appropriate requests for transcript redactions before the deadline date.

WHEREFORE, the United States requests that the time within which it may request transcript redactions be enlarged 30 days to and include September 17, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


  /s/
Frederic P. Gallun
Assistant United States Attorney

CERTIFICATE OF SERVICE

     **I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Time to be served by mail, postage prepaid, upon counsel, for defendant Charles Baker, Nikki U. Lotze, Roberts & Wood, 6801 Kenilworth Ave, Riverdale, MD 20737 this 15th day of August, 2008.

                                        /s/
                                      Frederic P. Gallun
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Room 4122
                                      Washington, D.C. 20530
                                      (202) 514-6997

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.       : | Criminal No.:  08-0179 (EGS) |
| : | |
| **CHARLES BAKER** : | |
| : | |
| **Defendant.** : | |
| : | |

ORDER

Upon consideration of the Government's Motion For Enlargement of Time and for the reasons stated herein, it is this _____ day of August, 2008, hereby

ORDERED that the Government's Motion is granted and the government is to file it's Request for Transcript Redactions no later than September 17, 2008 .

_____
The Honorable Emmet G. Sullivan
Unites States District Court
For the District of Columbia

Copies to:

Frederic P. Gallun
Assistant United States Attorney
555 Fourth Street, N.W.
Room 4122
Washington, D.C. 20530

Nikki U. Lotze, Esq.
Roberts & Wood
6801 Kenilworth Ave
Riverdale, MD 20737